# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>NICOLA WILLIAM MONGO,<br><br>                Defendant. | Case No. 3:20-cr-00048-SLG-MMS |

## ORDER RE MOTION TO REDUCE SENTENCE

Before the Court at Docket 95 is Defendant Nicola William Mongo's pro se motion seeking a sentence reduction based on Amendment 821. Appointed counsel declined to file an amended motion.[1] The Government responded in opposition at Docket 101. The U.S. Probation Office for the District of Alaska filed a sealed Preliminary Report for Consideration of Sentence Reduction at Docket 98.

On March 7, 2022, this Court sentenced Mr. Mongo to 156 months' imprisonment after he pled guilty to sex trafficking of a minor.[2] Mr. Mongo now seeks a sentence reduction pursuant to Amendment 821.[3] Under Amendment 821, a defendant who would have previously received a two-point status increase

---

[1] Docket 96; Docket 99.

[2] Docket 93 at 1-2.

[3] Docket 95 at 1; Docket 99 at 2.

if the instant offense was committed while under any criminal justice sentence would now receive only a one-point increase.[4] The amendment was made retroactive, meaning that previously sentenced defendants could be eligible for a criminal history point reduction and potentially a reduced criminal history category and Sentencing Guidelines range.

As the Government and the U.S. Probation Office accurately note, Mr. Mongo did not receive an increase to his criminal history score based on his probationary status.[5] As such, Mr. Mongo is ineligible for a reduction under Amendment 821 and his motion at Docket 95 is therefore **DENIED**.

DATED this 8th day of October 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[4] U.S. Sent'g Guidelines Manual § 4A1.1(e) (U.S. Sent'g Comm'n 2023).

[5] Docket 92 at 9-11 (sealed); Docket 95 at 2.

Case No. 3:20-cr-00048-SLG-MMS, *United States v. Mongo*
Order Re Motion to Reduce Sentence
Page 2 of 2
Case 3:20-cr-00048-SLG-MMS   Document 102   Filed 10/08/24   Page 2 of 2